IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Frederick

Printed: 4/22/08

Case Number: 07 B 10736
Judge: Wedoff, Eugene R
Filed: 6/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  April 16, 2008
Confirmed:  August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,540.00 |  |
| Secured: |  | 59.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,397.80 |
| Trustee Fee: |  | 83.16 |
| Other Funds: |  | 0.00 |
| Totals: | 1,540.00 | 1,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,100.00 | 1,397.80 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 7,500.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 1,012.92 | 59.04 |
| 5. | Litton Loan Servicing | Secured | 14,000.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 256.90 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 2,964.51 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 113.97 | 0.00 |
| 9. | Stuart Allen & Associates | Unsecured | 2,064.26 | 0.00 |
| 10. | Chase Automotive Finance | Unsecured | 0.94 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 1,077.86 | 0.00 |
| 12. | Nicor Gas | Unsecured | 89.20 | 0.00 |
| 13. | HSBC Mortgage Services | Secured |  | No Claim Filed |
| 14. | Leasecomm Corporation | Unsecured |  | No Claim Filed |
| 15. | Citi-Bp Oil | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,180.56 | $ 1,456.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 83.16 |
|  | _____ |
|  | $ 83.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Washington, Frederick | Case Number:  07 B 10736 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  6/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

